AO 91 (Rev. 01/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of New Mexico

| | |
|---|---|
| United States of America<br>v.<br><br>William Alexander MARTINEZ-Ruano<br><br>_Defendant(s)_ | Case No: 24-1842 MJ |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief. On or about the date of <u>December 15, 2024</u> in the county of <u>Dona Ana</u> in the <u>State and</u> District of <u>New Mexico</u>, the defendant violated <u>8</u> U.S.C. §<u>1326(a)(1),(2)(Re-Entry After Deport)</u>, an offense described as follows:

an alien, who had been previously arrested and deported from the United States and who had not received the consent of the appropriate authority of the United States to reapply for admission into the United States, was found in the United States, being willfully in the United States unlawfully

This criminal complaint is based on these facts:
The defendant was encountered by Border Patrol Agents on December 15, 2024, at the Border Patrol Checkpoint located on Interstate 25, mile marker 26, in Dona Ana County, New Mexico. When questioned as to his citizenship, the defendant admitted to being a citizen of El Salvador without authorization to enter or remain in the United States. Records checks indicated that the defendant was removed from the United States to El Salvador on November 22, 2024. There is no evidence to indicate that the defendant has received the permission of the appropriate authority to reapply for admission into the United States.

☐ Continued on the attached sheet.

_Complainant's signature_

Leopoldo Terrazas, Agent
_Printed name and title_

Sworn to before me ~~and signed in my presence~~. Via phone

Date: December 17, 2024

_Judge's signature_

City and state: Las Cruces, N.M.

Damian L. Martínez, U.S. Magistrate Judge
_Printed name and title_